# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Alec Tahir Baker ) | Case No.  1:24-MJ-93PAS |
| ) | |
| ) | |
| ) | |
| ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2022 through October 2024___ in the county of _____ in the

_____ District of ___Rhode Island___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343; | |
| 18 U.S.C. § 1344; | Wire Fraud; |
| 18 U.S.C. § 1349; | Bank Fraud; |
| 18 U.S.C. § 1956(h); | Conspiracy to Commit Wire and Bank Fraud; |
| 18 U.S.C. § 1960; | Conspiracy to Commit Money Laundering; |
| 18 U.S.C. § 1028A | Operating an Unlicensed Money Transfer Business |
| | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Samuel Morgan of the Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Samuel Morgan-FBI
*Printed name and title*

**Sworn telephonically and signed electronically**

Sworn XxXxxXxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

Date:  ___November 1, 2024___

_____
*Judge's signature*

City and state:  ___Providence, Rhode Island___

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*