IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEC TAHIR BAKER | NO.  3:24-MJ-1022-BW |

**MOTION FOR DETENTION**

The United States moves for detention of defendant, Alec Tahir Baker, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death;

    \_\_\_\_\_ 10 + year drug offense;

    \_\_\_\_\_ Felony, with two prior convictions in above categories;

    _X_   Serious risk defendant will flee;

    \_\_\_\_\_ Serious risk obstruction of justice;

    \_\_\_\_\_ Felony involving a minor victim;

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon;

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250); or

    \_\_\_\_\_ Petition for Supervised Release Revocation was filed.

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are

**Motion for Detention - Page 1**

no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required; or

    __X__ Safety of any other person and the community.

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug; offense or firearms offense, 18 U.S.C.§ 924(c);

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251;

    _____ Previous conviction for "eligible" offense committed while on pretrial bond; or

    _____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    __X__ At first appearance

    _____ After continuance of _____ days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ *Sarah R. Douglas*
SARAH R. DOUGLAS
Assistant United States Attorney
Texas Bar Number 24060979
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:  (214) 659-8600
Facsimile:  (214) 659-8805
Sarah.Douglas@usdoj.gov